Argued and submitted June 8, affirmed July 7, 2010

Dominika LUKA,
*Plaintiff-Appellant,*

*v.*

TRI-COUNTY METROPOLITAN
TRANSPORTATION DISTRICT OF OREGON,
a municipal corporation,
*Defendant-Respondent.*

Multnomah County Circuit Court
081115880; A141388

234 P3d 1097

Elena E. Tsiprin argued the cause for appellant. With her on the briefs was Law Offices of Elena E. Tsiprin.

Erik Van Hagen argued the cause and filed the brief for respondent.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Duncan, Judge.